753-15

# ELECTRONIC RECORD

COA # 01-14-00715-CR      OFFENSE: 1 (Poss Controlled Substance)

STYLE: Keith Wayne Frances v. The State of Texas      COUNTY: Harris

COA DISPOSITION: AFFIRM      TRIAL COURT: 178th District Court

DATE: 04/28/2015      Publish: NO      TC CASE #: 1406601

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Keith Wayne Frances v. The State of Texas      CCA #: 753-15

_PRO SE_ Petition      CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:      DATE: _____

REFUSED      JUDGE: _____

DATE: 10/07/2015      SIGNED: _____      PC: _____

JUDGE: _Per Curiam_      PUBLISH: _____      DNP: _____

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD